ORIGINAL

FILED IN CHAMBERS
U.S.D.C. Atlanta

OCT 2 8 2008

JAMES N. HATTEN, Clerk
By: Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

UNITED STATES OF AMERICA :
: CRIMINAL INDICTMENT
v. :
: NO. 1:08CR435
RONALD ALLEN, :
a/k/a Sign Man : ~~UNDER SEAL~~
JAMES SANFORD, :
a/k/a Black :

THE GRAND JURY CHARGES THAT:

COUNT ONE

On or about June 3, 2008, in the Northern District of Georgia, the defendant:

RONALD ALLEN, a/k/a Sign Man,

did knowingly and intentionally distribute a mixture and substance containing a detectable amount of heroin, a Schedule I controlled substance, in violation of Title 21, United States Code, Sections 841(a) and 841(b)(1)(C).

COUNT TWO

On or about June 17, 2008, in the Northern District of Georgia, the defendants:

RONALD ALLEN, a/k/a Sign Man, and

JAMES SANFORD, a/k/a Black,

aided and abetted by each other, did knowingly and intentionally distribute a mixture and substance containing a detectable amount of heroin, a Schedule I controlled substance, in violation of Title 21, United States Code, Sections 841(a) and 841(b)(1)(C) and Title

18, United States Code, Section 2.

COUNT THREE

On or about June 24, 2008, in the Northern District of Georgia, the defendants:

RONALD ALLEN, a/k/a Sign Man, and

JAMES SANFORD, a/k/a Black,

aided and abetted by each other, did knowingly and intentionally distribute a mixture and substance containing a detectable amount of heroin, a Schedule I controlled substance, in violation of Title 21, United States Code, Sections 841(a) and 841(b)(1)(C) and Title 18, United States Code, Section 2.

COUNT FOUR

On or about July 22, 2008, in the Northern District of Georgia, the defendant:

RONALD ALLEN, a/k/a Sign Man,

did knowingly and intentionally distribute a mixture and substance containing a detectable amount of heroin, a Schedule I controlled substance, in violation of Title 21, United States Code, Sections 841(a) and 841(b)(1)(C).

FORFEITURE PROVISION

1. As a result of committing the offenses alleged in Counts One, Two, Three, and Four of this Indictment, the defendants:

RONALD ALLEN, a/k/a Sign Man, and

JAMES SANFORD, a/k/a Black,

shall forfeit to the United States pursuant to Title 21, United States Code, Section 853 any and all property, real or personal, constituting or derived from any proceeds the defendants obtained directly or indirectly as a result of said violations and any and all property used or intended to be used in any manner or part to commit or to facilitate the commission of the violations alleged in Counts One, Two, Three, and Four of this Indictment.

2. If, as a result of any act or omission of the defendants, any property subject to forfeiture:

(a) cannot be located upon the exercise of due diligence;

(b) has been transferred or sold to, or deposited with, a third person;

(c) has been placed beyond the jurisdiction of the Court;

(d) has been substantially diminished in value; or

(e) has been commingled with other property which cannot be subdivided without difficulty;

the United States intends, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of said defendant up to the value of the forfeitable property or seek

a money judgement against said defendants for any amount that would constitute the proceeds of such violation.

A True BILL

FOREPERSON

DAVID E. NAHMIAS
UNITED STATES ATTORNEY

JEFFREY W. DAVIS
ASSISTANT UNITED STATES ATTORNEY
75 Spring Street, SW, Suite 600
Atlanta, GA 30303
404.581.6000; Fax: 404.581.6181
Provisionally admitted
pursuant to LR 83.1(a), NDGa.